1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED GRAVES,<br><br>                    Petitioner,<br><br>          v.<br><br>CDCR,<br><br>                    Respondent.<br>_____ | Case No. EDCV 12-1565 ABC(JC)<br><br>(PROPOSED) ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), the Motion to Dismiss the Petition and all documents submitted in support of, and in opposition thereto, and all of the records in this case, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections").  The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made.  The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

   IT IS HEREBY ORDERED that:  (1) Grounds 5 and 6 of the Petition are

dismissed without prejudice because they are not cognizable on federal habeas review; (2) the Motion to Dismiss the Petition is granted as to Grounds 1-4 and 7 as such claims are time-barred; and (3) Grounds 1-4 and 7 of the Petition are dismissed with prejudice.

    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and counsel for respondent.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: October 7, 2013

_____
HONORABLE AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE