UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRED GRAVES, | ) | Case No. EDCV 12-1565 ABC(JC) |
| Petitioner, | ) | (~~PROPOSED~~) |
| v. | ) | JUDGMENT |
| CDCR, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that: (1) Grounds 5 and 6 of the Petition for Writ of Habeas Corpus ("Petition") are dismissed without prejudice; (2) the Motion to Dismiss the Petition is granted as to Grounds 1-4 and 7 of the Petition; and (3) Grounds 1-4 and 7 of the Petition are dismissed with prejudice.

DATED: October 7, 2013

*Audrey B. Collins*

_____
HONORABLE AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE